UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALBERTO A. RUIZ,

       Plaintiff,

                                    CASE NO. 13-CV-15041
v.                                        HONORABLE GEORGE CARAM STEEH

CITY OF RIVER ROUGE, and
JEFFREY HARRIS,

       Defendants.

_____/

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS (Doc. 10) AND
GRANTING PLAINTIFF'S MOTIONS TO AMEND (Doc. 12 and 18)**

     On July 23, 2014, the court heard oral argument on defendants' motion to dismiss and plaintiff's motions to amend. For the reasons stated on the record, defendants' motion to dismiss (Doc. 10) as to the original complaint only is GRANTED and the original complaint is DISMISSED WITHOUT PREJUDICE. Inasmuch as the proposed amended complaint states plausible claims, and defense counsel having agreed to the same, plaintiff's motions to amend (Doc. 12 and 18) are GRANTED and plaintiff is ORDERED to file his amended complaint on or before July 28, 2014. Because the amended complaint arises out of the same conduct set out, or attempted to be set out in the original pleading, the amended complaint shall relate back to the date that the original complaint was filed pursuant to Federal Rule of Civil Procedure 15(c)(1). No costs are awarded to either side.

     IT IS SO ORDERED.

Dated: July 24, 2014

                                                 s/George Caram Steeh
                                                 GEORGE CARAM STEEH
                                                 UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 24, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk